NO. 07-02-0059-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

SEPTEMBER 11, 2002

______________________________

WILLIAM TRAVIS ALLEN, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_________________________________

FROM THE 242ND DISTRICT COURT OF HALE COUNTY;

NO. B14087-0106; HONORABLE ED SELF, JUDGE

_______________________________

Before QUINN and REAVIS, JJ.  and BOYD, S.J.
(footnote: -6)
DISMISSAL

Pending before this Court is appellant’s motion to dismiss his appeal.  Appellant and his attorney have both signed the motion representing that appellant wishes to withdraw his notice of appeal.  Tex. R. App. P. 42.2(a).  No decision of this Court having been delivered to date, we grant the motion.  Accordingly, the appeal is hereby dismissed and no motion for rehearing will be entertained and our mandate will issue forthwith. 

Don H. Reavis

    Justice

Do not publish.

FOOTNOTES
-6:
John T.  Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment.